■ HARRIET ELLENTUCK et al., Respondents, v. UNITY HOSPITAL, Appellant, et al., Defendants.— In an action to recover damages for personal injuries and for other relief, the complaint was dismissed, on appellant's motion, for failure to diligently prosecute, unless respondents notice the case for trial and file a proper note of issue for the next available term. The appeal is from so much of the order as allows respondents to file a note of issue. Order, insofar as appeal is taken, affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ JOHN GAYDOS, Respondent, v. PAUL J. GYGI, as Administrator of the Estate of ELIZABETH C. EDWARDS, Deceased, et al., Defendants, and FRANCIS G. KEENA et al., Appellants. In the Matter of FRANCIS G. KEENA, Petitioner, against JOHN GAYDOS, Respondent.— An action pursuant to article 15 of the Real Property Law and a proceeding pursuant to article 12 of the Real Property Law were, by stipulation of the parties, submitted to the court and tried together on stipulated facts. The appeal is from the judgment entered after trial insofar as it is in favor of respondent Gaydos. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.